# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KENNETH H. CLARK,

    Plaintiff,

Case Number: 05-74847

v.

Hon. Arthur J. Tarnow
Magistrate Judge: Paul J. Komives

JUDSON CENTER, *et al.*,

    Defendants

                           /

## ORDER GRANTING DEFENDANT JUDSON CENTER'S MOTION FOR SUMMARY JUDGMENT [DE 14] AND DEFENDANT STARK'S MOTION TO DISMISS [DE 15]

Before the Court are Defendants' motions for summary judgment [DE 14] and to dismiss [DE 15] on which the Court heard oral arguments November 9, 2007. For the reasons stated on the record at the motion hearing,

IT IS HEREBY ORDERED that Defendant Judson Center's motion for summary judgment [DE 14] is GRANTED.

IT IS FURTHER ORDERED that Defendant Stark's motion to dismiss [DE 15] is GRANTED.

IT IS FURTHER ORDERED that this case be DISMISSED.

SO ORDERED.

                              S/ARTHUR J. TARNOW
                              Arthur J. Tarnow
                              United States District Judge

Dated: November 15, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 15, 2007, by electronic and/or ordinary mail.

                              S/THERESA E. TAYLOR
                              Case Manager