# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KENNETH H. CLARK,

    Plaintiff,                                  Case Number: 05-74847

v.                                            Hon. Arthur J. Tarnow
                                              Magistrate Judge: Paul J. Komives

JUDSON CENTER, *et al.*,

    Defendants
    _____/

## JUDGMENT

In accordance with the Order entered on this day, November 9, 2007,

IT IS ORDERED AND ADJUDGED that this case shall be DISMISSED.

Dated at Detroit, Michigan, this 15th day of November , 2007.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT


                                            BY:   Theresa E. Taylor
                                                            Deputy Clerk

Approved:


s/Arthur J. Tarnow
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

Dated: November 15, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 15, 2007, by electronic and/or ordinary mail.

                                       S/THERESA E. TAYLOR
                                       Case Manager